IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HELDER VLADIMIR LOVO, | * | |
| *Plaintiff*, | * | |
| v. | * | Civil Action No. 1:17-CV-00418-JFM |
| AMERICAN SUGAR REFINING, INC., *et al.* | * | |
| | * | |
| *Defendants*. | | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**PLAINTIFF'S CROSS-MOTION FOR PARTIAL
SUMMARY JUDGMENT AND RESPONSE IN OPPOSITION
TO DEFENDANT WOOTERS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Helder Vladimir Lovo hereby moves for partial summary judgment against Defendant Ryan Wooters on the issue that Mr. Wooters was Plaintiff's employer for purposes of the FLSA, MWHL and MWPCL. Plaintiff also moves for the court to deny Wooters' Cross-Motion for Summary Judgment.

WHEREFORE, for the reasons set forth in this Motion and the accompanying Memorandum of Points and Authorities, Plaintiff respectfully requests that the Court grant his Motion for Partial Summary Judgment and deny Wooters' Cross-Motion for Summary Judgment.

(Remainder of page intentionally left blank.)

Dated: March 28, 2018                                   Respectfully submitted,

                                                             /s/ *Judd G. Millman*
                                                           Judd G. Millman (Fed Bar No. 18212)
                                                             judd@luchanskylaw.com
                                                           Bruce M. Luchansky (Fed. Bar No. 08439)
                                                             lucky@luchanskylaw.com
                                                          **LUCHANSKY LAW**
                                                          606 Bosley, Suite 3B
                                                          Towson, Maryland 21204
                                                          Telephone: (410) 522-1020
                                                          Facsimile: (410) 522-1021
                                                          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, hereby, certify that on March 28, 2018, a copy of the foregoing was served via the United States District Court for the District of Maryland's electronic filing system upon all counsel of record registered to receive such notifications.

**In addition, due to this filing exceeding 15-pages in length (inclusive of exhibits), a hard copy has been mailed to the Court Clerk via U.S. First Class mail.**

                                                             /s/ *Judd G. Millman*
                                                            Judd G. Millman